IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

WILLIAM W. JOHNSON, JR                                            PLAINTIFF

v.                          No. 4:22-cv-667-DPM

DOREAN L. JOHNSON                                                 DEFENDANT

## ORDER

1. The Johnsons divorced in 2014 and share a minor child. William Johnson sues, asking the Court to address custody, to issue a protective order, and to pursue various criminal charges against his ex-wife.

2. This federal Court, though, lacks subject matter jurisdiction — the power to act — in this case. The Johnsons are Arkansawyers; this dispute is not between citizens of different states. 28 U.S.C. § 1332(a)(1). No question of federal law is presented. 28 U.S.C. § 1331. In general, parties may not seek redress in federal court for custody-related issues. *Kahn v. Kahn*, 21 F.3d 859, 861 (8th Cir. 1994). And federal courts have no authority to initiate prosecutions or to designate who should be prosecuted. *United States v. Nixon*, 418 U.S. 683, 694 (1974).

3. The Court must therefore dismiss Johnson's complaint for lack of jurisdiction. FED. R. CIV. P. 12(h)(3).

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

23 August 2022