IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

WILLIAM W. JOHNSON, JR                                          PLAINTIFF

v.                          No. 4:22-cv-667-DPM

DOREAN L. JOHNSON                                               DEFENDANT

## JUDGMENT

The complaint is dismissed without prejudice for lack of subject matter jurisdiction.

_____
D.P. Marshall Jr.
United States District Judge

23 August 2022